# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN C. JENSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner, Social Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-05-1109-M |

## ORDER

On August 28, 2006, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of Defendant Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's application for disability insurance benefits. Magistrate Judge Erwin recommends that the Commissioner's decision be reversed and that this matter be remanded for further administrative proceedings. The parties were advised of their right to object to the Report and Recommendation by September 18, 2006. A review of the file reveals that no objection has been filed.

Having carefully reviewed this matter *de novo*, the Court agrees with Magistrate Judge Erwin's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1)   ADOPTS Magistrate Judge Erwin's thorough and well-reasoned Report and Recommendation [docket no.17];

(2)   REVERSES the decision of the Commissioner;

(3)   REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4)   ORDERS that judgment in favor of Plaintiff issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 25th day of September, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE